**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CRIM NO.16-CR-20437-03

MILLICENT TRAYLOR,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

The matter has come before the court regarding the continued representation of Rafael Villarruel as counsel for the Defendant. Upon review of the motion and brief, and for the reasons stated on the record on April 18, 2017, the court has determined that there is sufficient reason for Mr. Villarruel to be allowed to withdraw as counsel for the Defendant. Therefore, the Motion to Withdraw [Dkt #48] filed on April 19, 2017 is GRANTED.

IT IS ORDERED that the Federal Defender's Office appoint a member of the CJA panel to represent defendant Millicent Traylor for these proceedings. A Status Conference with counsel is set for **May 4, 2017 at 10:00 am to be held at the US District Court, Port Huron, Michigan. THE DEFENDANT NEED NOT ATTEND.**

IT IS FURTHER ORDERED that the time period from **April 20, 2017 and May 4, 2017** shall be excludable from time calculation mandated by the Speedy Trial Act, 18:U.S.C.§3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

IT IS FURTHER ORDERED that substitute counsel file an appearance and meet with Defendant as soon as practicable.

                                        s/ Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: April 20, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 20, 2017, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522