UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

MILLICENT TRAYLOR, et al.,

    Defendants.

_____/

Case No.: 16-cr-20437

Hon. Robert H. Cleland

## ORDER FOR ISSUANCE AND SERVICE OF SUBPOENAS FOR TRIAL WITNESSES

At a session of said Court held in the
City of Port Huron, State of Michigan
On April 30, 2018
Present: Hon. ROBERT H. CLELAND
U.S. District Court Judge

This matter having come before the Court upon Defendant's Motion for Issuance and Service of Subpoenas for Trial Witnesses;

It is hereby ordered that the United States Marshal Service shall forthwith serve the subpoenas prepared by the defense on the witnesses listed in Exhibit A at government expense.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

{H0547278.1}

Dated: April 30, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 30, 2018, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

# EXHIBIT A
# LIST OF DEFENSE WITNESSES

1. Hattie Walker

2. Shirley Early

3. Sailajah S. Janarthanan