UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,

v.

D-3 Millicent Traylor,

               Defendant.

_____/

Case No.: 16-20437
Honorable: Robert H. Cleland

## PRELIMINARY ORDER OF FORFEITURE

A First Superseding Indictment was filed on or around June 29, 2017 which

charged Defendant with Conspiracy to Commit Health Care Fraud pursuant to 18

U.S.C. § 1349 (Count One); Conspiracy to Pay and Receive Health Care

Kickbacks pursuant to 18 U.S.C. § 371 (Count Two); and Health Care Fraud

pursuant to 18 U.S.C. §§ 1347 and 2 (Counts Three through Seven).   The First

Superseding Indictment also sought criminal forfeiture pursuant to 18 U.S.C. §

982(a)(7) and/or 18 U.S.C. § 981 with 28 U.S.C. § 2461 of any property, real or

personal, that constitutes or is derived from, gross proceeds traceable to the

commission of such violations as charged within the First Superseding Indictment.

Notice was also given of the government's intent to seek a forfeiture money

judgment of an amount as proved at trial, representing the total amount of gross

proceeds obtained as a result of Defendant's violations as alleged in the First

Superseding Indictment (Dkt. #63).

On May 25, 2018, a jury trial found Defendant guilty on all Counts, including:    Conspiracy to Commit Health Care Fraud pursuant to 18 U.S.C. § 1349 (Count One); Conspiracy to Pay and Receive Health Care Kickbacks pursuant to 18 U.S.C. § 371 (Count Two); and Health Care Fraud pursuant to 18 U.S.C. §§ 1347 and 2 (Counts Three through Seven).

Based upon Defendant's conviction on Counts One through Seven of the First Superseding Indictment, and based upon proofs presented at the trial, a forfeiture money judgment in the amount of $209,672, should be entered against Defendant, representing the total amount of gross proceeds obtained as a result of Defendant's conviction on Counts One through Seven of the First Superseding Indictment.

NOW, THEREFORE, based upon the First Superseding Indictment, based upon proofs presented at trial, Defendant's conviction, and other information in the record:

IT IS ORDERED that a forfeiture money judgment in the amount of $209,672 is entered in favor of the United States, representing the total value of the property subject to forfeiture for Defendant's conviction of Counts One through Seven of the First Superseding Indictment to which he was found guilty at trial.

To satisfy the money judgment, any assets that Defendant has now, or may later acquire, may be forfeited as substitute assets pursuant to 21 U.S.C. § 853(p).   The forfeiture money judgment shall be reduced by the amount of funds ultimately forfeited to the United States in this case.

Pursuant to Fed.R.Crim.P. 32.2(b)(4)(A), this Order of Forfeiture shall become final as to the Defendant at sentencing and shall be made part of the Defendant's sentence and included in the judgment.   Ancillary proceedings are not required because the forfeiture consists entirely of a money judgment.   The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

**********************************************************************

**IT IS SO ORDERED.**

Date: September 24, 2018                    s/Robert H. Cleland
                                           HONORABLE ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE