**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 16-20437

MILLICENT TRAYLOR,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL**

Defendant Millicent Traylor was convicted by jury of conspiracy to commit health care fraud, 18 U.S.C. §§ 1349 and 1347, conspiracy to pay and receive healthcare kickbacks, 18 U.S.C. § 371, and five counts of health care fraud, 18 U.S.C. § 1347. (ECF No. 236, PageID.2290.) On September 27, 2018, the court sentenced her to 135 months imprisonment. (ECF No. 236, PageID.2291.) She was resentenced on May 21, 2020, to 120 months imprisonment. (ECF No. 310, PageID.3386.) Defendant has appealed her May 2020 sentence to the Sixth Circuit. (ECF No. 311.)

Defendant filed a letter with the court requesting appointment of counsel to potentially move for compassionate release at some later date after her appeal is concluded. (ECF No. 327.) She states that she has "current counsel," but that counsel will represent her only through her appeal's conclusion. (*Id.*, PageID.3590.) It is true that Defendant is represented by counsel on an appeal before the Sixth Circuit, and counsel in fact has already moved for Defendant's compassionate release once, in July 2020. (ECF No. 313.) The court denied the motion in September 2020. (ECF No. 321.)

Defendant seems to be asking the court to appoint another counsel now, in case she wants to move for compassionate release in the future when she is not represented by counsel. The court will not entertain a request for, essentially, an understudy attorney.

Because Defendant is adequately represented by counsel, the court will deny the instant request. Accordingly,

IT IS ORDERED that Defendant's Request for Appointment of Counsel (ECF No. 327) is DENIED.

        s/Robert H. Cleland        /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 6, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 6, 2021, by electronic and/or ordinary mail.

        s/Lisa Wagner        /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\16-20437.TRAYLOR.RequestforAppointmentofCounsel.RMK.docx